**Electronically Filed
Supreme Court
SCWC-14-0000557
14-FEB-2017
10:27 AM**

SCWC-14-0000557

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOSEPH VAIMILI,
Respondent/Defendant-Appellant,

and

INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000557; CR. NO. 09-1-0410)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Real Party in Interest-Appellant
International Fidelity Insurance Company's application for writ
of certiorari filed on January 6, 2017, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be
heard in this case. Any party may, within ten days and pursuant
to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move
for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 14, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

